# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PAUL WELLS, § | |
| § | |
| Plaintiff, § | Case No. 2:17-cv-00642-JRG-RSP |
| § | |
| v. § | |
| § | |
| TERRATHERM, INC., § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is Plaintiff Paul Wells' Notice of Dismissal. (Dkt. No. 7.) This Notice dismisses the above-referenced civil action with prejudice. After consideration, the Court approves of this Notice of Dismissal. It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The clerk is directed to close this case.

**So ORDERED and SIGNED this 11th day of July, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE